IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| TYREESE G. WILLIAMS | : | NO. 25-529 |

ORDER

AND NOW, this 21st day of August 2026, based on the aforesaid findings of fact and conclusions of law, it is hereby ORDERED that the motion of defendant Tyreese G. Williams to suppress physical evidence (Doc. # 30) and his motion to suppress all evidence seized from a car stop on October 21, 2025 (Doc. # 38) are DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.